# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

144723 & (27)(28)(30)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DAVID NATHANIEL JOHNSON,
     Defendant-Appellant.

SC: 144723
COA: 305025
Oakland CC: 1993-124209-FH

_____/

On order of the Court, the motion to seal documents and motion for miscellaneous relief are GRANTED. The application for leave to appeal the November 22, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to request a hard copy of the police report is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

h0917